## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re:<br><br>SEAN M. AND JOY A. WELLS,<br><br>Debtors. | Chapter 7<br>Bankr. Case No. 10-17516-RGM |

## MOTION TO WITHDRAW
## MOTION TO DISMISS CASE FOR ABUSE PURSUANT TO 11 USC 707(b)

W. Clarkson McDow, Jr., United States Trustee, by and through his undersigned counsel, hereby files this motion to withdraw the Motion to Dismiss Case for Abuse Pursuant to 11 USC 707(b) (Docket No. 15). As grounds, the United States Trustee states as follows:

1. On December 13, 2010, the United States Trustee for the Western District of Virginia filed his Motion to Dismiss Case for Abuse Pursuant to 11 USC 707(b).

2. After reviewing the debtors' response to the United States Trustee's motion, the amended schedules I & J filed with the response, and the debtors' responses to discovery requests, the United States Trustee has concluded that there is insufficient of abuse of chapter in this case.

**WHEREFORE**, the United States Trustee respectfully requests that this Court dismiss the motion without prejudice, with each party to bear their own costs, and grant such further relief as is just and proper.

[Signature on Next Page]

- 2 -

|  |  |
|---|---|
|  | W. CLARKSON McDOW, JR.<br>U.S. TRUSTEE REGION FOUR |
| DATE: June 28, 2011 | By:   */s/ Joseph A. Guzinski*<br>Joseph A. Guzinski<br>Assistant U.S. Trustee |

115 South Union Street, Room 210
Alexandria, VA 22314
(703) 557-7176
joseph.a.guzinski@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2011, I electronically filed the foregoing Motion with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

David Edgar Jones
11211 Waples Mill Rd. Suite 210
Fairfax, VA 22030
(703)591-3737
Fax : (703)591-4144
Email: dejones@erols.com


*Counsel for the debtors*


                                                   */s/ Joseph A. Guzinski*
                                                   Joseph A. Guzinski
                                                   Trial Attorney